IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TERRENCE T. BATISTE II,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>TITAN MEDICAL GROUP, LLC,<br><br>　　　　　　　Defendant. | 8:22CV190<br><br>ORDER |

After conferring with counsel,

IT IS ORDERED:

1) The deadline for filing summary judgment motions is November 20, 2023. The deadline for deposing experts and filing Daubert motions is set aside and stayed pending further order of the court.

2) Within 10 days after the ruling on Defendant's pending motion for summary judgment, counsel shall contact the chambers of the assigned magistrate judge to set a conference call with the court. During that call, the court will discuss whether the parties are interested in alternative dispute resolution, the trial and pretrial conference dates, and the deadlines for completing expert depositions and filing any Daubert motions.

3) The clerk shall set an internal case management deadline of November 20, 2023.

Dated this 24th day of October, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge